**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **GLORIA J. HICKS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:07-CV-0819-M** |
| | § | **ECF** |
| **JAMES PEAKE,** | § | |
| **Secretary, U.S. Department of** | § | |
| **Veteran Affairs.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney, regarding Defendant's Motion to Dismiss Complaint with Memorandum Brief. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, but notes that all references to "mix" should read "mixed." The Defendant's motion to dismiss is **GRANTED.**

**SO ORDERED** this 20th day of August, 2008.

**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**